IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

```
FILED
U.S DISTRICT COURT
DISTRICT OF COLORADO

2016 DEC -9 AM 11: 05

JEFFREY P. COLWELL
              CLERK

BY_____DEP. CLK
```

Civil Action No.

(To be supplied by the court)

**'16 -CV- 0 3 0 2 2**

Rose Mandigo,

Plaintiff,

v.

Safeway, Inc.

Defendant.

---

## TITLE VII COMPLAINT

---

### PARTIES

1. Plaintiff __Rose Mandigo__ is a citizen of __Colorado, United States__ who presently resides at the following address:
   10773 Worthington Circle, Parker, Co 80134

2. Defendant __Safeway, Inc.__ lives at or is located at the following address:
   Is a foreign corporation ,a Delaware company with its principal office located at 11555 Dublin Canyon Rd, PLEASANTON, CA 94588, United States

Attach a separate page, if necessary, to list additional parties.

### JURISDICTION

3. Jurisdiction is asserted pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. '2000e-5.

4. Defendant is an employer within the meaning of Title VII.

5. The alleged unlawful employment practices took place at the following location:

   6900 South Yosemite, Centennial, Colorado 80112

(Rev. 07/06)

①

6. Jurisdiction also is asserted pursuant to the following statutory authority:
U.S. Equal Employment Opportunity Commission

## ADMINISTRATIVE PROCEDURES

7. Plaintiff filed a charge of discrimination with the Equal Employment Opportunity Commission or other appropriate administrative agency on October-2015_____(date) regarding the alleged discriminatory conduct by Defendant(s).

8. Plaintiff received from the Equal Employment Opportunity Commission or other appropriate administrative agency a Notice of Right to Sue the Defendant(s) on 9/13/2016 dated-received in the mail several days afterwards.

(Please attach to the complaint a copy of the Notice of Right to Sue.)

## NATURE OF THE CASE

9. Defendant has discriminated against Plaintiff because of the following: (please check all that apply)

_____ Race _____ Color _____ Religion

__X__ xSex _____ National Origin

__X__ xOther- AGE _____

10. Defendant has discriminated against Plaintiff because of the following: (please check all that apply)

_____ Failure to hire

_____ Failure to promote

__X__ xDemotion/discharge from employment

_____ Other (please specify) _____

(Rev. 07/06)

②

**Introduction:**

1. Plaintiff, Rose Mandigo, proceeding ProSe, brings this action pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-16, and the Age Discrimination in Employment Act, 29 USC§ 621, et. seq.

2. Please see the attached complaint filed with the EEOC.

**Statement of Facts:**

3. Plaintiff, Rose Mandigo was employed since January 6, 2003 with the defendant, Safeway, Inc. (Safeway) and most recently in the position of Regional Casualty Manager. There were considerable amounts of layoffs countrywide as a result of the merger between Safeway and Albertson.

4. However, there were unusual amounts of younger and/or males retained verses females and also younger females.

   a. This was particularly true in the Safeway Casualty Claims Unit which she worked.
   b. **On April 4, 2015, Rose Mandigo was laid off though she was considered a corporate employee of Safeway.**
   c. **It is the plaintiff's belief she was laid off due to her age and/or that she was female.**
   d. **Males and younger females were retained and placed into a position of Third Party Oversight Manager. The plaintiff's years with the company, knowledge, audit results, performance appraisals and goals, far exceeded the employees retained.**

5. It is Plaintiff, Rose Mandigo's belief she has been discriminated against because of her sex, female in violation of Title VII of the Civil Rights Act of 1964, as amended and her age, 58 in violation of the Age Discrimination in Employment Act, as amended.

6. The Plaintiff, Rose Mandigo, is a member of a protected class, she is over 40 and a female.

7. The Defendant, Safeway-in particular the Casualty Claims Department retained male employees that had failed audits, did not obtain objectives goals on a consistent basis, had employee's complaints against them and were hired after the plaintiff, Rose Mandigo.

8. The Casualty Claims Department retained only 2 females; however, they were younger than the plaintiff. The one female was hired after the plaintiff and that manager did not obtain objectives on a regular basis.

9. Ms. Mandigo was more than qualified for a position of Third Party Oversight Manager. A position that was created and filled with males and younger females. This was proven by volumes of audit results, objective results, her technical background, designations including ARM, the many acknowledgments of her accomplishments by Senior Management, and performance evaluations.

10. Location of the position is mute points since the employees (male and younger females)



11. A Charge of Discrimination was filed timely with the U. S. Equal Employment Opportunity Commission Denver Field Office.

12. The U. S. Equal Employment Opportunity Commission Denver Field Office received a response to the charge from Safeway, Inc. which was not factual. Ms. Mandigo sent a counter reply outlining the inconsistencies and examples of qualification.

13. The Field Office indicated that they offered mediation to Safeway however Safeway refused. Safeway provided date information in their reply to the EEOC.

14. There is a pattern based on Safeway's own spread sheet. Prior to the merger, 45% of the managers were male and 55% were female. After the merger, the retained managers were 66% male and 33% female.

15. Eliminating the manager from Florida who processed claims nationwide for Albertsons, the numbers are even more blatant.
    - Before – 50% male, 50% female.
    - Retained – 80% male and ONLY 20% female.  *ONLY 1 out of the 5 Safeway employees retained is female and that female in younger than the plaintiff.*
    - 4 of the 5 retained were hired after the plaintiff, Rose Mandigo.

16. On 10/30/2016 the plaintiff, Rose Mandigo, in the spirit of compromise and in hopes to avoid litigation, wrote Elena Dietrich, Esq. Counsel for Safeway, Inc. offering to discuss the matter. They acknowledged receipt of her correspondence but no further communication.

17. The discharge caused and continues to cause severe financial hardship and emotional distress to Ms. Mandigo and her family, including significant loss of income, loss of medical benefits, loss of disability benefits, higher cost of life insurance, loss of retirement benefits, a minimum of 6 months sick time, vacation time, 401K benefits, and other financial strains.

18. Management came to the Denver office in approximately July or August of 2013 and gave a positive speech on how great the team was and based on our hard work and results, we were led to believe we would be retained. The team was told to push closings to show the results.

19. Ms. Mandigo bought a home in September of 2013.

20. It was well known to Safeway management that Ms. Mandigo placed extensive hours and commitment to run two offices. Many times she worked 15 hour days, weekends, and traveled on her personal time to run two offices. Those hours were expected of her by management. Those hours were not expected of male employees.

21. A pattern of salary to a female in one office (thousands less in salary- the female was also 10 years older than the male) vs. a male in the same office, performing the same job duties, supports allegations of discrimination based on age and sex.

4

### AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages. Alternatively, you may attach to the complaint a copy of the charge of discrimination you submitted to the Equal Employment Opportunity Commission.)

### Violation of Title VII of the Civil Rights Act of the Civil Rights Act of 1964.

22. The Plaintiff re-alleges and incorporates the proceeding paragraphs of this complaint as though fully and completely set forth herein.

23. Safeway discharged Rose Mandigo based on her sex, female. Safeway has not met their burden and has not provided a justifiable reasonable factor other than gender for discharge.

24. Safeway's violation of this statute damaged the plaintiff and her family, in an amount to be proven.

### SECOND CLAIM FOR RELIEF
### AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

### Violation of the Age Discrimination in the Employment Act, as amended.

25. The Plaintiff re-alleges and incorporates the proceeding paragraphs of this complaint as though fully and completely set forth herein.

26. Safeway discharged Rose Mandigo based on her age, 58 at the time. Safeway has not met their burden and has not provided a justifiable reasonable factor other than age for discharge.

27. Safeway's violation of this statute damaged the plaintiff and her family, in an amount to be proven.

### THIRD CLAIM FOR RELIEF
### AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages)

### UNLAWFUL EMPLOYMENT PRACTICES

18. The Plaintiff realleges and incorporates the proceeding paragraphs of this complaint as though fully and completely set forth herein.

19. SEC. 2000e-2. *[Section 703]*

(a) Employer practices

It shall be an unlawful employment practice for an employer -

5

discriminate against any individual with respect to his compensation, terms, conditions, or privileges of employment, because of such individual's race, color, religion, sex, or national origin; or

(2) to limit, segregate, or classify his employees or applicants for employment in any way which would deprive or tend to deprive any individual of employment opportunities or otherwise adversely affect his status as an employee, because of such individual's race, color, religion, sex, or national origin.

- Any employment practice that has an age-based adverse impact on individuals within the protected age group is discriminatory unless the practice is justified by a reasonable factor other than age. The law makes it illegal for an employer to make any employment decision because of a person's race, color, religion, sex (including gender identity, sexual orientation, and pregnancy), national origin, age (40 or older), disability or genetic information. The laws enforced by EEOC prohibit an employer from using neutral employment policies and practices that have a disproportionately negative impact on applicants or employees age 40 or older, if the policies or practices at issue are not based on a reasonable factor other than age

20. Safeway provided information in their reply to the EEOC. There is a pattern based on Safeway's own spread sheet. Prior to the merger, 45% of the managers were male and 55% were female. After the merger, the retained managers were 66% male and 33% female.

21. Eliminating the manager from Florida who processed claims nationwide for Albertsons, the numbers are even more blatant.
    - Before – 50% male, 50% female.
    - Retained – 80% male and ONLY 20% female.   ***ONLY 1 out of the 5 Safeway employees retained are female and that female in younger than the plaintiff.***
    - 4 of the 5 retained were hired after Ms. Mandigo.
22. Safeway is in violation of Sec.2000-e-2 ( section 703)

23. As a result of the violation Safeway damaged the plaintiff and her family, in an amount to be proven.

## FOURTH CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS

### Negligence – Supervision And Training of Employees

24. The Plaintiff re-alleges and incorporates the proceeding paragraphs of this complaint as though fully and completely set forth herein.
25. Employees of HR and the plaintiff's manager directed the plaintiff on how to handle specific

27. Safeway is using the handling of the employee matters as an unsupported accusation against the plaintiff.

## REQUEST FOR RELIEF

Plaintiff requests the following relief:

a. Trial by jury of all issues so tri-able.

b. The plaintiff prays that a judgment be entered against the defendant in the amount of $1,000,000.

c. The plaintiff prays that the Court grant such relief as may be appropriate, damages, with interest thereon;

d. Costs and reasonable attorneys' fees (if needed) incurred with this lawsuit with interest thereon; and

e. Other damages and further relief as deemed just, including exemplary damages.

Date: 12/8/16

_____
(Plaintiff's Original Signature)

10773 Worthington Circle
(Street Address)

Parker, Co 80134
(City, State, ZIP)

720 238 3583
(Telephone Number)

(Rev. 07/06)

8