IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael J. Watanabe**

| | |
|---|---|
| Civil Action No: 16-cv-03022-MJW | Date: March 7, 2017 |
| Courtroom Deputy:  Stacy Libid | FTR:  Courtroom A-502 |

| *Parties:* | *Counsel:* |
|---|---|
| ROSE MANDIGO | Pro se |
|   Plaintiff, | |
| v. | |
| SAFEWAY, INC. | Rachelle Hill |
|   Defendant. | |

## COURTROOM MINUTES

**RULE 16 SCHEDULING CONFERENCE**

**8:57 a.m.     Court in session.**

Court calls case. Appearances of counsel.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE.**

Parties shall complete their Fed. R. Civ. P. 26(a)(1) disclosures **on or before March 14, 2017.**

Joinder of Parties/Amendment to Pleadings:  **April 21, 2017**

Discovery Cut-off: **September 8, 2017**

Dispositive Motions Deadline: **October 9, 2017**

Each side shall be limited to 10 depositions, including experts.
Depositions shall not exceed 7 hours, without prior agreement or absent leave of court.
Each side shall be limited to 25 interrogatories, 25 requests for production, and 25 requests for admission.

Interrogatories, Requests for Production, and Requests for Admissions shall be served on or before **August 3, 2017**.

Each side shall be limited to one expert witnesses, absent leave of court.
Disclosure of Affirmative Experts: **June 7, 2017**
Disclosure of Rebuttal Experts: **July 7, 2017**
The disclosure of Experts shall be consistent with Fed. R. Civ. P. 26(a)2(B).

**ORDERED:** **A Final Pretrial Conference is set for December 7, 2017 at 9:00 a.m. in Courtroom A-502, before Magistrate Judge Michael J. Watanabe. A proposed Final Pretrial Order shall be filed on or before November 30, 2017. Ms. Hill shall send the initial draft to Plaintiff for input, and then submit it to the Court.**
**In accordance with Fed.R.Civ.P. 16(e), the conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties.**

TRIAL:
The parties anticipate a 5-day trial to a jury.
Judge Michael J. Watanabe will set a Trial Preparation Conference and Trial at a future date.

**Parties are directed to www.cod.uscourts.gov and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.**

Anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid current photo identification. See D.C.COLO.LCivR 83.2B. Failure to comply with this requirement may result in denial of entry to the courthouse.

Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained unless a written request is made five (5) business days in advance of the date of appearance.

**Scheduling Order entered.**

**9:14 a.m.**     **Court in recess.**

Hearing concluded.
Total in-court time:   00:17

*To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at 303-988-8470.