# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-03022-MJW

ROSE MANDIGO,

        Plaintiff,

v.

SAFEWAY, INC.,

        Defendant.

## JOINT NOTICE OF SETTLEMENT

Plaintiff Rose Mandigo, and Defendant Safeway, Inc. (collectively, the "Parties"), hereby notify the Court that they have reached a tentative agreement resolving all claims raised in this litigation. The Parties additionally state as follows:

1. On March 10, 2017, the Parties reached a tentative settlement of all matters set forth in the lawsuit.

2. The Parties anticipate executing a formal, binding settlement agreement in the next week and submitting a Joint Stipulation of Dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure within the next forty-five (45) days.

DATED at Denver, Colorado, this 14th day of March, 2017.

| | |
|---|---|
| *s/ Rose Mandigo* | *s/ Rachelle E. Hill* |
| Rose Mandigo | Erin A. Webber |
| 10773 Worthington Circle | Rachelle E. Hill |
| Parker, Colorado 80134 | Littler Mendelson, P.C. |
| | 1900 Sixteenth Street, Suite 800 |
| Pro Se Plaintiff | Denver, Colorado 80202 |

Telephone: (303) 629-6200
Facsimile: (303) 629-0200
ewebber@littler.com
rehill@littler.com

ATTORNEYS FOR DEFENDANT
SAFEWAY, INC.