IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-03022-MJW

ROSE MANDIGO,

Plaintiff,

v.

SAFEWAY, INC.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

In light of the parties' Joint Notice of Settlement (Docket No. 19), it is hereby ORDERED as follows:

- Defendant's Partial Motion to Dismiss for Failure to State a Claim in Plaintiff's Amended Title VII Complaint (Docket No. 11) is DENIED WITHOUT PREJUDICE as moot;
- The Final Pretrial Conference set for December 7, 2017 at 9:00 a.m. is VACATED; and
- The parties shall file dismissal papers on or before April 28, 2017.

Date: March 14, 2017