IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-03022-MJW

ROSE MANDIGO,

        Plaintiff,

v.

SAFEWAY, INC.,

        Defendant.

## JOINT STIPULATION OF DISMISSAL

Plaintiff Rose Mandigo, *pro se*, and Defendant Safeway, Inc., by counsel, submit this Joint Stipulation of Voluntary Dismissal.

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Rose Mandigo, and Defendant Safeway, Inc., hereby stipulate to the dismissal with prejudice of each and every claim brought by Plaintiff in the above-entitled action, each party is to bear their own costs and attorney's fees.

DATED at Denver, Colorado, this 5th day of May, 2017.

Rose Mandigo
10773 Worthington Circle
Parker, Colorado 80134
Plaintiff

Erin A. Webber
Rachelle E. Hill
Littler Mendelson, P.C.
1900 Sixteenth Street, Suite 800
Denver, Colorado 80202
Telephone: (303) 629-6200
Facsimile: (303) 629-0200
ewebber@littler.com
rehill@littler.com

ATTORNEYS FOR DEFENDANT
SAFEWAY, INC.